### STATE

v.

### Charles PHILLIPS et al.

### No. 78–168–C.A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Dennis J. Roberts, II, Atty. Gen., Stephen Lichatin, III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

John D. Lynch, Warwick, for defendants.

### ORDER

The state's motion to dismiss the question certified to this court by the Superior Court is granted.

### Marilyn SMITH et al.

v.

### Stephen BOBROW et al.

### No. 79–58–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Robert G. Flanders, Jr., Providence, for plaintiffs.

Betsy E. Grossman, Newport, for defendants.

### ORDER

The defendants' motion to withdraw their appeal is granted. The plaintiffs' motion seeking the imposition of sanctions is denied.

### Thomas F. SMITH, Jr., et al.

v.

### CUMBERLAND SCHOOL COMMITTEE et al.

### No. 79–22–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for plaintiffs.

Dennis J. Roberts, II, Atty. Gen., Forrest Avila, Special Asst. Atty. Gen., James M. Shannahan, Marcia L. McGair, S. Arlene Violet, Consultant Atty., R. I. Protection & Advocacy System, Inc., Providence, for defendants.

### ORDER

The motion for expedited hearing is granted. This case is assigned to the December, 1979 calendar for oral argument.